UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MINDY MCCLUSKEY                               :

    vs.                                       :            CASE NO. 3:13CV1408 (MPS)

UNIVERSITY OF CONNECTICUT       :
HEALTH CENTER

## AMENDED JUDGMENT

This action came before the Court for a trial by jury before the Honorable Michael P. Shea, United States District Judge, and the issues having been duly tried and the jury having rendered its verdict on August 31, 2016 in favor of the plaintiff in the amount of $200,000.00.

On September 28, 2016, the defendant filed a motion for judgment as a matter of law, a new trial, or remittitur. On February 21, 2017, the Court denied the motions for judgment as a matter of law and new trial and granted the motion for remittitur, finding the jury's damages award was excessive and should be reduced to $125,000.00. Therefore, the Court ordered a new trial limited to damages unless the plaintiff agreed to a remitted compensatory damages award of $125,000.00. On February 23, 2017, the plaintiff filed a notice accepting the remitted award of $125,000.00; further

On March 27, 2017, the Court granted the plaintiff's motion for an award of attorney's fees and costs in the amount of $171,291.98; it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in

favor of the plaintiff in the amount of $171,291.98 in attorney's fees and $125,000.00 remitted verdict, for a total of $296,291.98.

Dated at Hartford, Connecticut, this 30th day of March, 2017.

Robin D. Tabora, Clerk

By _____/s/_____
Devorah Johnson
Deputy Clerk

EDO 3/30/17